JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | | |
|---|---|---|
| JON HAROLD ROYAL, | ) | No. CV 10-09933-DDP (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| PHILIP R. GUTIERREZ, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: September 20, 2011

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE